Appendix K                                                                    Revised: 4/19/10

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## Tyler DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # 6:12-cv-00470-LED
Style: Uniloc USA, Inc et.al. v Mojang AB
2. Applicant is representing the following party/ies: Mojang AB
3. Applicant was admitted to practice in Kansas (state) on 04/29/2005 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant ○has ⊙has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant ○has ⊙has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ○has ⊙has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
Illinois, Kansas, Missouri, Western District of MO, District of Kansas, Northern District of Illinois
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $100 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Megan J. Redmond do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 8/21/2012         Signature _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Megan J. Redmond
State Bar Number 21999
Firm Name: Erise IP P.A.
Address/P.O. Box: 6201 College Blvd, Suite 300
City/State/Zip: Overland Park, KS 66211
Telephone #: 913-777-5600
Fax #: 913-777-5601
E-mail Address: megan.redmond@eriseip.com
Secondary E-Mail Address: docketing@eriseip.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 8/23/12

_____
David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _Petoria Bell_____
Deputy Clerk