IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC., and UNILOC LUXEMBOURG S.A., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 6:12-cv-470 |
| MOJANG A.B., | ) ) ) | |
| Defendant. | ) ) ) | |

**DEFENDANT MOJANG A.B.'s
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Mojang A.B. has no parent corporation

and no publicly held corporation owns 10% or more of its stock.

Dated: October 15, 2012

By  _/s/_ _Megan J. Redmond_
Eric A. Buresh (*admitted pro hac vice*)
Megan J. Redmond (*admitted pro hac vice*)
Caroline A. Bader (*admitted pro hac vice*)
ERISE IP, P.A.
6201 College Blvd., Ste. 300
Overland Park, KS  66211
Telephone:  913.777.5600
Facsimile:  913.777.5601

Melissa Smith
State Bar No.
**GILLAM & SMITH**, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Fax: (903) 934-9257

**ATTORNEYS FOR DEFENDANT
MOJANG A.B.**

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Corporate Disclosure Statement was

sent via the Court's electronic filing system on October 15, 2012, to counsel of record:


_/s/   *Megan J. Redmond*_____
Attorney for Mojang A.B.