HAGUE CONVENTION 15 NOVEMBER 1965 ON THE SERVICE ABROAD OF JUDICIAL AND
EXTRAJUDICIAL DOCUMENTS IN CIVIL OR COMMERCIAL MATTERS

<u>Your Ref. MOJANG AB</u>
<u>Our Ref. JuBC2012/2702/BIRS</u>

CERTIFICATE

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1) that the document has been served*

- the (date)             27 September 2012

- at (place, street, number)    116 24 STOCKHOLM, Åsögatan 140

- in one of the following methods authorised by article 5

  (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*

  (b) in accordance with the following particular method*

  ☒ (c) by delivery to the addressee, who accepted it voluntarily*,

The documents referred to in the request have been delivered to:

  - (identity and description of person)        <u>Jacob Porsér, boardmember</u>

  - relationship to the addressee (family, business or other):

2) that the document has not been served, by reason of the following facts*


In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*

Annexes

Documents returned:


In appropriate cases, documents establishing the service:      Stockholm 02 October 2012.
*As listed on Request*

Signature and/or stamp

----------------------------------------
Delete if inappropriate

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRA JUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Hage, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Indentité et adresse du requérant*<br><br>L. Celeste Ingalls**<br>Crowe Foreign Services<br>1020 SW Taylor Street, Suite 240<br>Portland, Oregon 97205<br>USA<br>Email: Lci@foreignservices.com<br>Fax Number: 1-503-222-3950 | Address of receiving Authority<br>*Adresse de l'autorité destinataire*<br>Ministry of Justice<br>Division for Criminal Cases and<br>   International Judicial Co-operation<br>Central Authority<br>Rosenbad 4<br>SE-103 39 Stockholm<br>Sweden<br>tel.: +46 (8) 405 4500  fax: +46 (8) 405 4676 |
|---|---|

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e., (identity and address)

*Le requérant soussigné a l'honneur de faire parvenir - en double exemplaire - a l'autorité destinataire les documents ci-dessous énumérés en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savior: (identité et adresse)*

**Mojang AB**
**Åsögatan 140, 116 24 Stockholm**

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*

☐ ~~(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:~~
   ~~*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*~~

☐ ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.~~
   ~~*c) le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*
Executed "Summary" (2 pages)
*** Summons in a Civil Action
*** Plaintiffs' Original Complaint
*** Civil Cover Sheet
*** Related Cases
*** Exhibit A

Done at Portland, Oregon, USA, the 30th day of Aug, 2012.
*Fait à Portland, Oregon, USA, le...*

Signature and/or stamp.
*Signature et/ou cachet*

[OFFICIAL SEAL / L. CELESTE INGALLS / NOTARY PUBLIC-OREGON / COMMISSION NO. 446064 / MY COMMISSION EXPIRES FEBRUARY 05, 2014]

L. Celeste Ingalls

\* Delete if inappropriate
  *Rayer les mentions inutiles*
\*\*  Authorized applicant pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure, Public Law 97-462
\*\*\* With Swedish translation

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965

*Convention relative à la signification et à la notification à l'étranger des actes judiciaries et extrajudiciares en matière civile ou commerciale, signée à La Hage, le 15 Novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa 4)*

| | |
|---|---|
| Name and address of the requesting authority:<br>*Nom et adresse de l'autorité requérante:* | L. Celeste Ingalls<br>Crowe Foreign Services<br>1020 SW Taylor Street, Suite 240<br>Portland, Oregon, USA 97205 |
| Particulars of the parties*:<br>*Indentité des parties:* | Uniloc USA, Inc., et al. ............PLAINTIFFS<br>Mojang AB............DEFENDANT |

### JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte:* To give notice to defendant, Mojang AB, of institution against it of a claim for damages and to summon it to answer the claim.

Nature and purpose of the proceedings, and, where appropriate, the amount in dispute:
*Nature et objet de l' instance, le cas échéant, le montant du litige:*

Civil claim for patent infringement and related actions. Plaintiffs' claims include, but are not limited to, allegations that defendant has directly infringed upon the plaintiffs' registered United States Patent, causing plaintiffs to suffer damages. Plaintiffs seek judgment in an amount to be determined, including, but not limited to, post judgment royalty, interest, and such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Date and place for entering appearance**:<br>*Date et lieu de la comparution:* | N/A |
| Court which has given judgment**:<br>*Juridiction qui a rendu la décision:* | N/A |
| Date of judgment**:<br>*Date de la décision:* | N/A |

Time limits stated in the document**:
*Indication des délias figurant dans l'acte:* Defendant is required to serve an ANSWER upon Plaintiff's attorney and file same ANSWER with the Court within twenty-one (21) days after receipt of the Summons in a Civil Action and other documents herein.

### EXTRAJUDICIAL DOCUMENT*
*ACTE EXTRAJUDICIAIRE*

| | |
|---|---|
| Nature and purpose of the document:<br>*Nature et objet de l'acte:* | N/A |
| Time limits stated in the document**:<br>*Indication des délias figurant dans l'acte:* | N/A |

\* If appropriate, identity and address of the person interested in the transmission of the document.
  *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*

\*\* Delete if inappropriate.
  *Rayer les mentions inutiles.*

SAMMANFATTNING AV DOKUMENTET SOM SKA DELGES
SIDA 2 AV 2
SUMMARY OF THE DOCUMENT TO BE SERVED
PAGE 2 OF 2

*Konvention för delgivning utomlands av rättsliga och utomrättsliga dokument gällande civila och kommersiella frågor, undertecknat i Haag, den 15:e november 1965*
*(Artikel 5, fjärde paragrafen)*
*Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965*
*(Article 5, fourth paragraph)*

Adressatens *identitet och adress* / --:
*Identity and address* of *the addressee* / --:

> **Mojang AB**
> **Åsögatan 140, 116 24 Stockholm**

*VIKTIGT*
*DET BIFOGADE DOKUMENTET ÄR AV RÄTTSLIG NATUR OCH KAN PÅVERKA DINA RÄTTIGHETER OCH SKYLDIGHETER. 'SAMMANFATTNINGEN AV DOKUMENTET SOM SKA DELGES' KOMMER ATT GE DIG LITE INFORMATION OM DESS NATUR OCH SYFTE. DU BÖR DOCK LÄSA DET FAKTISKA DOKUMENTET NOGGRANT. DET KAN VARA NÖDVÄNDIGT ATT SÖKA JURIDISK RÅDGIVNING.*

*OM DINA EKONOMISKA TILLGÅNGAR ÄR OTILLRÄCKLIGA SKA DU SÖKA INFORMATION OM MÖJLIGHETEN ATT FÅ JURIDISK HJÄLP ELLER RÅD ANTINGEN I DET LAND DÄR DU BOR ELLER DET LAND DÄR DOKUMENTET UTSTÄLLDES.*

*FÖRFRÅGNINGAR GÄLLANDE TILLGÅNGEN TILL JURIDISK HJÄLP ELLER RÅD I DET LAND DÄR DOKUMENTET UTSTÄLLDES KAN STÄLLAS TILL:*

Texas Access to Justice Foundation
P.O. Box 12886
Austin, Texas 78711-2886

*IMPORTANT*
*THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE*

*IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT, YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.*

*ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:*

Texas Access to Justice Foundation
P.O. Box 12886
Austin, Texas 78711-2886