IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNILOC USA, INC., et al. ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 6:12-cv-470-LED |
| ) | |
| MOJANG A.B., ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT MOJANG A.B.'S REPLY IN SUPPORT OF ITS
MOTION TO TRANSFER VENUE**

Mojang A.B. ("Mojang") joins and incorporates by reference Electronic Arts, Inc.'s ("EA") Reply in Support of its Motion to Transfer (ECF No. 34) filed in Case No. 6:12-cv-463. This case should be transferred to the Northern District of California ("N.D. California") for the reasons summarized below:

- Seven third party witnesses having information about the accused product or relevant prior art are located in the N.D. California;

- No third party witnesses are located in the Eastern District of Texas (E.D. Texas);

- Substantially more witnesses and documents are located in the N.D. California than the E.D. Texas; and

- Uniloc cannot contend that it would be inconvenienced, in any way, by proceeding in the N.D. California.

For all the reasons set for in EA's Reply as well as the reasons summarized above, balancing all the §1404(a) private and public interest factors demonstrates the overwhelming weight in favor of transferring this case to the N.D. California.

DATED:  January 11, 2012    Respectfully submitted,

ERISEIP, P.A.


By: /s/ *Megan J. Redmond*
Megan J. Redmond (*pro hac vice*)
Eric A. Buresh (*pro hac vice*)
Caroline A. Bader (*pro hac vice*)
ERISE IP, P.A.
6201 College Blvd., Suite 300
Overland Park, Kansas  66211
(913) 777-5600
(913) 777-5601 – fax
megan.redmond@eriseip.com

Melissa R. Smith
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas  75670
(903) 934-8450
(903) 934-9257 – fax
Melissa@gillamsmith.com

*Attorneys for Defendants Mojang A.B.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record have been served with a copy of this document via the Court's CM/ECF system this 11th day of January, 2012.

    /s/ *Melissa R. Smith*
    Melissa R. Smith