IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A., | § § § § | |
| | § | CIVIL ACTION NO. 6:12-cv-470 |
| Plaintiffs, | § § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § § | |
| MOJANG AB, | § § | |
| Defendant. | § § § | |

**PLAINTIFFS' SURREPLY IN OPPOSITION TO DEFENDANT'S MOTION
TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA**

Defendant's Reply merely adopts and incorporates by reference the Reply filed by Electronic Arts in Case No. 6:12-cv-463. No new substantive information particular to Mojang has been presented. Consequently, Uniloc hereby incorporates by reference its Surreply in Opposition to Electronic Arts, Inc.'s Motion to Transfer Venue to the Northern District of California (Dkt. No. 37) in Case No. 6:12-cv-463.

**Dated: January 21, 2013**    Respectfully submitted,

/s/ Steven W. Hartsell
Barry J. Bumgardner
Lead Attorney
Texas State Bar No. 00793424
Steven W. Hartsell
Texas State Bar No. 24040199
Jaime K. Olin
Texas State Bar No. 24070363
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Phone: (817) 377-9111
Fax: (817) 377-3485
barry@nbclaw.net
shartsell@nbclaw.net

1

jolin@nbclaw.net

James L. Etheridge
Texas Bar No. 24059147
ETHERIDGE LAW GROUP, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092
Telephone: (817) 470-7249
Facsimile: (817) 887-5950
Jim@EtheridgeLaw.com

T. John Ward, Jr.
Texas State Bar No. 00794818
J. Wesley Hill
Texas State Bar No. 24032294
WARD & SMITH LAW FIRM
P.O. Box 1231
1127 Judson Road, Ste. 220
Longview, Texas 75606-1231
(903) 757-6400
(903) 757-2323 (fax)
jw@wsfirm.com
wh@wsfirm.com

**ATTORNEYS FOR PLAINTIFFS UNILOC USA, INC. AND UNILOC LUXEMBOURG S.A.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21$^{sr}$ day of January 2013, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Steven W. Hartsell