**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A.,<br><br>Plaintiffs,<br><br>v.<br><br>DISTINCTIVE DEVELOPMENT LTD., *ET AL.*,<br><br>Defendants. | CIVIL ACTION NO. 6:12-cv-462<br>Consolidated Lead Case |
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A.,<br><br>Plaintiffs,<br><br>v.<br><br>MOJANG, AB.,<br><br>Defendant. | Member Case No. 6:12-cv-463 |

**ORDER OF DISMISSAL OF ALL CLAIMS BY**
**UNILOC AGAINST MOJANG WITH PREJUDICE**

On this day, the Court considered the Motion for Entry of Joint Stipulation and Motion to Dismiss All Claims By Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A ("Uniloc") asserted in this cause against Defendant MOJANG, AB ("MOJANG") With Prejudice. Based on the Joint Stipulation and Motion, the grounds set forth therein, and the pleadings in this case, the Court is of the opinion that the Motion to Dismiss (Docket No. 100) is well-taken and should be **GRANTED**.

It is therefore **ORDERED** that:

1. Any and all claims by Uniloc against MOJANG are dismissed with prejudice from the case;

2. Uniloc and MOJANG shall each bear their own attorney's fees, expenses, and costs; and

3. Uniloc's Complaint as to all other defendants is not impacted by this dismissal order.

**SIGNED this 31st day of August, 2016.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE